UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **MICHAEL BEAR,** | Case No. 2:14-cv-0043 |
| **Plaintiff,** | Judge Gregory L. Frost |
| v. | |
| | Magistrate Judge Kemp |
| **DELAWARE COUNTY, OHIO,** *et al.,* | |
| | **ORDER** |
| **Defendants.** | |

Pursuant to Fed. R. Civ. Proc. 21, Plaintiff has filed a motion to drop Defendant Matt Williams as a defendant, with prejudice (Doc. 71). The motion is unopposed. This Court finds the motion well taken.

This Court, therefore, **GRANTS** the motion and **DISMISSES WITH PREJUDICE** all claims against Defendant Matt Williams.

**IT IS SO ORDERED**.

/s/ Gregory L. Frost
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE