# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| MICHAEL BEAR, as Administrator of the Estate of Uriel Juarez-Popoca, | CASE NO.: 2:14-CV-00043 |
| Plaintiff, | JUDGE: GEORGE C. SMITH |
| vs. | **STIPULATION FOR DISMISSAL AND JOURNAL ENTRY** |
| DELAWARE COUNTY, OHIO, *et al.*, | |
| Defendants. | |

We, the attorneys for the respective parties, do hereby stipulate that the above captioned matter has been settled and dismissed, with prejudice, as against Defendants Derek Beggs and Chris Hughes, parties to assume their own fees and costs. The Court may enter an Order accordingly, notice by the Clerk being hereby waived.

IT IS SO ORDERED.

          *s/ George C. Smith*
          JUDGE

| | |
|---|---|
| *s/ Jennifer L. Branch (per email approval 2/10/17)* | s/Stacy V. Pollock |
| ALPHONSE GERHARDSTEIN (0032053) | STACY V. POLLOCK (0080229) |
| JENNIFER L. BRANCH (0038893) | Mazanec, Raskin & Ryder Co., L.P.A. |
| Gerhardstein & Branch Co. LPA | 175 South Third Street |
| 441 Vine Street, Suite 3400 | Suite 1000 |
| Cincinnati, OH 45202 | Columbus, OH 43215 |
| (513) 621-9100 | (614) 228-5931 |
| (513) 345-5543 – Fax | (614) 228-5934 – Fax |
| Email: agerhardstein@gbfirm.com | Email: spollock@mrrlaw.com |
|      jbranch@gbfirm.com | |
| | Counsel for Defendants Derek Beggs and Chris Hughes |

Counsel for Plaintiff